JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORE ANDERSON,<br><br>        Petitioner,<br><br>    v.<br><br>L.S. McEWEN, Warden,<br><br>        Respondent. | Case No. EDCV 10-0782-CAS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 26, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE